JOSEPH MEYER, Respondent, v. ESTHER LEVINSON and Another, Appellants.—

App. Div.]                    Second Department, June, 1925.

Motion to dismiss appeal denied on condition that the case be added to the June calendar, and that the appellant be ready for argument when reached; otherwise, motion granted.    Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.